UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CRESCITA VENTURES LP, TAWAB NASSERY, JAMES ARAGON, ANTHONY CACCHIOLA, and 18 SQUARED TACTICAL FUND, L.P.,

                Plaintiffs,

                      25-cv-1827 (PKC)

    -against-                    ORDER

PROUDLIVING MANAGING MEMBER I, LLC
and THOMAS J. CALECA,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        For good cause shown by plaintiffs Crescita Ventures LP, Tawab Nassery, James Aragon, Anthony Cacchiola, and 18 Squared Tactical Fund, L.P, specifically the efforts to serve process, the time under Rule 4(m) to serve process on defendants, ProudLiving Managing Member I, LLC and Thomas J. Caleca, is extended to January 9, 2026. If process is not served by that date, the Complaint will be dismissed without prejudice without further notice. If the action is not dismissed, there will be a conference on April 21, 2026, at 11:30am in Courtroom 11D.

        SO ORDERED.

                                        P. Kevin Castel
                                    United States District Judge

Dated: New York, New York
November 19, 2025