UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CRESCITA VENTURES LP, et al.

Plaintiff(s),

25 Civ. 1827   (PKC)

- against -

James Argov, et al.

ORDER FOLLOWING
PRETRIAL CONFERENCE

Defendant(s).

-----------------------------------------------------------x

CASTEL, United States District Judge

      As a result of a Pre-Trial Conference held before the Court today, the following is
ORDERED:

1. Process has not been served on any defendant. See Orders of November 19, 2025 and January 8, 2026.

2. The action is dismissed without prejudice against all defendants on the consent of plaintiff.

~~The next Case Management Conference [the Final Pretrial Conference]~~ will be held ~~on~~ _____ ~~at~~ _____ ~~am/pm. Any conference scheduled for a date prior thereto is adjourned.~~

      SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
April 21, 2026